# In the United States Court of Federal Claims

No. 20-1870C
Filed: June 21, 2021

| |
|---|
| ASKAN HOLDINGS, LTD., <br><br>     *Plaintiff*, <br><br> v. <br><br> UNITED STATES, <br><br>     *Defendant*. |

**ORDER**

    The defendant has moved to dismiss. (ECF 10.) The Court will hold oral argument on that motion via videoconference on **August 17, 2021, at 10:00 a.m. EDT**. The Court will circulate an invitation link to the videoconference prior to the argument.

    It is so **ORDERED**.

s/Richard A. Hertling
**Richard A. Hertling**
**Judge**